FILED

02/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0087

_____

CLARK RYAN RAMSEY,

Petitioner,

v.                                                              O R D E R

YELLOWSTONE COUNTY JUSTICE COURT,
HON. J. COLLEEN HERRINGTON, Presiding,

Respondent.

_____

Petitioner Clark Ryan Ramsey seeks a writ of supervisory control over the Yellowstone County Justice Court in Cause No. CR-2023-342 to reverse that court's denial of his motion to dismiss, which the Justice Court did via oral ruling during a hearing on February 2, 2024. Ramsey maintains the Justice Court erred in concluding that the State had sufficient probable cause to support the charges against him.[1]

Having reviewed the Petition and the challenged ruling, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Yellowstone County Justice Court and the State of Montana are each granted to and including March 15, 2024, to prepare, file, and serve responses to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Yellowstone County Justice Court Cause No. CR-2023-342, and to the Honorable Colleen Herrington, Presiding.

_____

[1] Although Ramsey further challenged the Justice Court's ruling regarding disqualification of his counsel, he has since withdrawn that argument as the court subsequently determined not to disqualify his counsel.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
February 15 2024